## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Orlando De Jesus Rodriguez, employed as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

## INTRODUCTION

1. Your affiant is an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510 (7). Your affiant is, therefore, an officer of the United States who is empowered by law to conduct investigations and to make arrest for the offenses enumerated in Title 18, United States Code, Section 2516. Your affiant is currently assigned to ATF San Juan conducting investigations of federal firearms violations and other federal violations. Your affiant was also previously employed by the Puerto Rico Police Department, as a Police Officer for several years.

2. Your affiant has conducted investigations into the unlawful possession of firearms. Through training, investigations, and experience, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by persons prohibited by law, and the possession of illegal firearms. Your affiant is familiar and has participated in various methods of investigations, including, but not limited to electronic surveillance, physical surveillance, interviewing and general questioning of witnesses, use of confidential informants, use of cooperating witnesses, and use of toll records and subscribers' information.

3. Your affiant has conducted and participated in numerous investigations to include: crime scene investigations, collection of evidence, interviews, and the execution of search warrants.

4. The details and information stated herein are based on my training, experience, and personal knowledge and compilation of facts and events investigated by me and other Law Enforcement Officers who investigated and confirmed their veracity or oversaw their development. I have drafted this affidavit for the limited purpose of establishing probable cause that Carlos

1

FIGUEROA-ROMERO violated Title 18, United States Code, Section 924(c) (possession of firearms in furtherance of drug trafficking) and Title 21, U.S.C. 841(a)(1)(C) (possession of controlled substances with the intent to distribute). Therefore, I have not included all of the facts of this investigation.

## FACTS SUPPORTING PROBABLE CAUSE

5. In October 2025, Puerto Rico Police Department assigned to the Metro Drugs Division conducted at least three surveillances from a strategic position where they had visibility to building #33 in Nemesio R Canales Housing Complex. PRPD Agents observed an individual in possession of narcotics and firearms. As a result of the observations made, PRPD Agents obtained Puerto Rico State Search Warrant for the residence where the individual was observed.

6. On October 16, 2025, Agents of the Puerto Rico Police Department assigned to the Metro Drugs Division executed a search warrant at the Nemesio R. Canales Public Housing Complex, Building #33, Apartment #622, in San Juan, Puerto Rico.

7. According to the police agents, they arrived at the public housing complex at approximately 5:00 a.m. and proceeded to apartment number 622, which was the location specified in the search warrant. At approximately 5:08 a.m., the agents began to execute the search warrant. They knocked *and announced the purpose and presence* at the apartment, after not receiving an answer, they forced entry into the apartment.

8. The agents conducted a safety sweep of the apartment, where they found two adults and two minors. The adults were identified as **Carlos Figueroa Romero** and **Nicole Brumlop del Castillo**. The agents explained to both adults that they had a search warrant for the premises and asked whether there were any illegal materials in the apartment that they should be aware of before proceeding with the search.

9. According to the agents, **Figueroa Romero** freely and voluntarily informed them that in the bedroom dresser, in the first two drawers, they would find the illegal materials. The agents then

2

began the execution of the search warrant and proceeded to the bedroom identified by Figueroa Romero. In the first drawer, they located a brown fanny pack, which contained a **Glock 19X 9mm pistol**, loaded with 9mm ammunition, bearing serial number **BKKN506**; a **Glock model 27, .40 caliber pistol** loaded with .40 caliber ammunition, bearing serial number **BDAC960**; three magazines; fifty-two (52) rounds of .40 caliber ammunition; and eighty-nine (89) rounds of 9mm ammunition.

10. In the second drawer, the agents found a black fanny pack containing controlled substances. On top of the dresser, the agents also seized two containers with a total of ninety-two (92) pills inside.

11. Both adults were placed under arrest and advised of their **Miranda rights**. During the advisement of his rights, **Figueroa Romero** freely and voluntarily stated to the agents that everything in the apartment belonged to him and that his wife had nothing to do with it.

12. The evidence was photographed and properly packaged. The arrestees and the evidence were transported to the **Metro Drugs Division** for further investigation.

13. Both arrestees were again advised of their **Miranda rights** at the police station, which they signed. During this process, **Figueroa Romero** once again stated to the agents that all the items found in the apartment belonged to him and that his wife had nothing to do with them.

14. An inventory of the contents located within the fanny pack was conducted, which contained the following:
    - Two hundred sixty-two (262) small plastic baggies containing cocaine (*field tested positive for cocaine*).
    - Nineteen (19) small baggies containing marijuana (*field tested positive for marijuana*);
    - Ten (10) small baggies containing pills.
    - Twenty (20) decks containing a white powdery substance (*field tested positive for fentanyl*).



15. Field tests conducted by PRPD on the suspected narcotics seized from the residence a yielded positive result for the presence of cocaine, marijuana and fentanyl.

16. That same day, ATF agents conducted a custodial interview with **Figueroa Romero** at PRPD Metro Narcotics Division. He was advised of his Miranda rights in the Spanish language, which he acknowledged and invoked his right to counsel, requesting the presence of an attorney.

## CONCLUSION

17. Based on the above facts, I respectfully submit there is probable cause to believe that Marcos **Figueroa Romero** violated Title 18, United States Code, Section 924(c) (possession of firearms in furtherance of drug trafficking) and Title 21, U.S.C. Section 841(a)(1)(C) (possession of controlled substances with the intent to distribute).

18. I hereby declare, under penalty of perjury, that the information contained in this Affidavit is known to be true and correct to best of my knowledge.

ORLANDO DE JESUS RODRIGUEZ (Affiliate)
Digitally signed by ORLANDO DE JESUS RODRIGUEZ (Affiliate)
Date: 2025.10.16 18:45:55 -04'00'

Orlando De Jesus Rodriguez
Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms and Explosives

4

RE: 25-950 (M)

Sworn before me pursuant to FRCP 4.1 at **8:53 PM** by telephone, this **16th** day of October, 2025.

_____
Hon. Marcos E. López
United States Magistrate Judge
United States District Court
District of Puerto Rico